### FEBRUARY 19, 1988

No. 87–858. VARANDANI v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

### FEBRUARY 22, 1988

No. 87–820. KELLAM ET AL. v. PFEIFER ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of properly presented federal question.

No. 87–918. SMITH v. FLORIDA DEPARTMENT OF BUSINESS REGULATION, DIVISION OF LAND SALES, CONDOMINIUMS AND MOBILE HOMES. Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of substantial federal question.

No. 87–1016. STORY v. CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 87–1027. RESTER v. TEXAS. Appeal from Ct. App. Tex., 14th Dist., dismissed for want of substantial federal question.

No. 87–1035. JOYCE v. LEWIS BOLT & NUT CO. ET AL. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.